DAVID RUSLANDER, Respondent, *v.* EVANGELICAL LUTH-ERAN ST. JOHANNES GEMEINDE IN MIDDLE EBENEZER, Appellant.

*Ruslander* v. *Evangelical Lutheran St. J. G. M. E.*, 171 App. Div. 975, affirmed.

(Argued November 14, 1918; decided December 3, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 25, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the Erie County Court on trial without a jury. The plaintiff commenced this action for the purpose of foreclosing a mechanic's lien against the defendant's church assigned to the plaintiff by one Alexander M. Bellony, an architect and contractor. The principal issues upon appeal were: *First,* whether Bellony performed the contract between him and the defendant, or violated it in important particulars and failed to complete the church; and *second,* whether the plaintiff was an attorney at law and bought the lien unlawfully, with the intent and for the purpose of bringing an action thereon. The trial court found that plaintiff was not entitled to a lien,

but directed a money judgment in his favor, which the Appellate Division modified by disallowing interest.

*Edward W. Hamilton* for appellant.

*Martin Clark* and *David Ruslander* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.